Bryant MOORE, Plaintiff,

v.

LIGHTSTORM ENTERTAINMENT, et al., Defendants.

Civil Action No. RWT 11–3644.

United States District Court, D. Maryland.

Filed Aug. 31, 2015.

Bradley Ashton Thomas, Law Offices of Bradley A. Thomas, Glenn Frederick Ivey, Leftwich and Ludaway LLC, Donald Melvin Temple, Temple Law Offices, Washington, DC, for Plaintiff.

Gregory O. Olaniran, John Matthew Williams, Mitchell Silberberg and Knupp LLP, Washington, DC, Aaron Michael Wais, Robert H. Rotstein, Mitchell Silberberg and Knupp LLP, Los Angeles, CA, for Defendants.

### ORDER

ROGER W. TITUS, District Judge.

Upon consideration of Defendants' Motion for Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 (ECF No. 178), Plaintiff's Rule 60(d)(1) and 60(d)(3) Motion to Set Aside Judgment for Fraud on the Court (ECF No. 210), the various Motions for Leave to Withdraw Representation (ECF Nos. 211, 212, 214), and the arguments presented by counsel at a hearing held before the undersigned on August 31, 2015, it is for reasons stated on the

---

record, this 31st day of August, 2015, by the United States District Court for the District of Maryland,

**ORDERED,** that Defendants' Motion for Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 (ECF No. 178) is hereby **GRANTED;** and it is further

**ORDERED,** that attorneys' fees in the amount of **$741,785.00** and nontaxable costs in the amount of **$435,735.00**[1] are hereby **AWARDED** to Defendants; and it is further

**ORDERED,** that Plaintiff's Rule 60(d)(1) and 60(d)(3) Motion to Set Aside Judgment for Fraud on the Court (ECF No. 210) is hereby **DENIED;** and it is further

**ORDERED,** that the Withdrawal of Appearance of Bradley A. Thomas, Esq. as Counsel for the Plaintiff Bryant Moore (ECF No. 211) is hereby **GRANTED,** and the appearance of Bradley A. Thomas is hereby **STRICKEN;** and it is further

**ORDERED,** that the Consent Motion to Withdraw Appearance of Donald M. Temple, Esq. (ECF No. 212) is hereby **GRANTED,** and the appearance of Donald M. Temple is hereby **STRICKEN;** and it is further

**ORDERED,** that the Motion for Withdrawal of Appearance (ECF No. 214) is hereby **GRANTED,** and the appearance of Glenn F. Ivey is hereby **STRICKEN;** and it is further

**ORDERED,** that the Clerk is hereby **DIRECTED** to mail a copy of this Order to Plaintiff Bryant Moore at 4710 Mangum Road, College Park, MD 20740.

---

1. An Order of the Clerk of this Court was entered on August 31, 2015 awarding taxable costs in the amount of $30,028.25. ECF No. 218.